EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                        | 2025 TSPR 102  |
|                               |                |
|                               | 216 DPR ___    |
| José E. Santiago Maldonado    |                |

Número del Caso:  TS-18,288

Fecha:  16 de octubre de 2025

Representante legal del peticionario:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José E. Santiago Maldonado          TS-18,288

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de octubre de 2025.

Examinada la *Moción en cumplimiento de orden* presentada por el Lcdo. José E. Santiago Maldonado, se declara ha lugar.

Conforme con lo dispuesto en el Art. 7 de la *Ley Notarial de Puerto Rico*, Ley Núm. 75 de 2 de julio de 1987, según enmendada, se reinstala al Lcdo. José E. Santiago Maldonado al ejercicio de la notaría. Se aprueba la fianza otorgada por MAPFRE PRAICO INSURANCE COMPANY vigente desde el 19 de septiembre de 2025, para garantizar las funciones notariales del peticionario.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Artículo 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y a la Secretaria de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal del peticionario. Se ordena a la parte peticionaria que recoja su obra notarial en el Archivo General de Protocolos del Distrito correspondiente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Javier O. Sepúlveda Rodríguez
                                        Secretario del Tribunal Supremo